**DYKEMA GOSSETT LLP**
Gregory K. Jones (SBN #181072)
*gjones@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:  (213) 457-1800
Facsimile:   (213) 457-1850

Attorneys for Thornburg Mortgage Securities Trust 2007-3, Mortgage Backed Notes, Series 2007-3, U.S. Bank National Association, as Indenture Trustee, Successor in Interest to Bank of America National Association, as Indenture Trustee, Successor by Merger to LaSalle Bank National Association, as Indenture Trustee, by Nationstar Mortgage LLC as Servicer with Delegated Authority Under the Transaction Documents

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Semar Ventures, LLC,<br><br>　　　　Debtor. | Case No. 2:15-bk-12851-RN<br><br>Chapter 7<br><br>**DECLARATION OF GREGORY K. JONES IN SUPPORT OF MOTION FOR RELIEF FROM STAY**<br><br><u>Hearing</u>:<br><br>Date:  January 5, 2016<br>Time:  9:30 a.m.<br>Ctrm:  1645 |

DECLARATION OF GREGORY K. JONES

4825-1096-8108.1
ID\JONES, GREGORY - 084912\000418

**DECLARATION OF GREGORY K. JONES**

1. I am an attorney at law licensed to practice my profession in the state of California and Senior Counsel at Dykema Gossett LLP, counsel of record for Thornburg Mortgage Securities Trust 2007-3, Mortgage Backed Notes, Series 2007-3, U.S. Bank National Association, as Indenture Trustee, Successor in Interest to Bank of America National Association, as Indenture Trustee, Successor by Merger to LaSalle Bank National Association, as Indenture Trustee, by Nationstar Mortgage LLC as Servicer with Delegated Authority Under the Transaction Documents ("Thornburg"). I make this declaration in support of Thornburg's "Motion for Relief from the Automatic Stay (Action in Nonbankruptcy Forum)" in the chapter 7 case of Semar Ventures, LLC (the "Debtor"), case number 15-bk-12851-RN. If called as a witness, I could and would testify to the following facts, which are of my own personal knowledge or based on information and belief.

2. Attached hereto as Exhibit "A" is a true and correct copy of the "Application for Entry of Default Judgment" filed in the case of *Thornburg Mortgage Securities Trust 2007-3, Mortgage Backed Notes, Series 2007-3, U.S. Bank National Association, as Indenture Trustee, Successor in Interest to Bank of America National Association, as Indenture Trustee, Successor by Merger to LaSalle Bank National Association, as Indenture Trustee, by Nationstar Mortgage LLC as Servicer with Delegated Authority Under the Transaction Documents v. Hooman Moshar; Newport Design Associates, Inc.; Real Time Resolutions, Inc.; Pelican Crest II Community Association; Newport Coast Community Association; Sima Noorahani; Semar Venture, LLC; and Does 1-100, inclusive*, Case No. 30-2014-00738233-CU-OR-CJC, pending in the Superior Court for the State of California, County of Orange.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct.

Executed this 10th day of December, 2015 in Los Angeles, California.

/s/ *Gregory K. Jones*
Gregory K. Jones

2
DECLARATION OF GREGORY K. JONES

4825-1096-8108.1
ID\JONES, GREGORY - 084912\000418

**EXHIBIT A**

**DYKEMA GOSSETT LLP**
Lukas Sosnicki (SBN 295895)
lsosnicki@dykema.com
Ashley R. Fickel (SBN 237111)
afickel@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:   (213) 457-1800
Facsimile:   (213) 457-1850

Attorneys for Plaintiff
THORNBURG MORTGAGE SECURITIES TRUST 2007-3, MORTGAGE BACKED NOTES, SERIES 2007-3, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, BY NATIONSTAR MORTGAGE LLC AS SERVICER WITH DELEGATED AUTHORITY UNDER THE TRANSACTION DOCUMENTS

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF ORANGE

| | |
|---|---|
| THORNBURG MORTGAGE SECURITIES TRUST 2007-3, MORTGAGE BACKED NOTES, SERIES 2007-3, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, BY NATIONSTAR MORTGAGE LLC AS SERVICER WITH DELEGATED AUTHORITY UNDER THE TRANSACTION DOCUMENTS, <br><br> Plaintiff, <br><br> v. <br><br> HOOMAN MOSHAR; NEWPORT DESIGN ASSOCIATES, INC.; REAL TIME RESOLUTIONS, INC.; PELICAN CREST II COMMUNITY ASSOCIATION; NEWPORT COAST COMMUNITY ASSOCIATION; SIMA NOORAHANI; SEMAR VENTURES, LLC; and DOES 1-100, inclusive, <br><br> Defendants. | Case No. 30-2014-00738233-CU-OR-CJC (Assigned to the Hon. Frederick Horn, Dept. C31) <br><br> **APPLICATION FOR ENTRY OF DEFAULT JUDGMENT** <br><br> [Filed Concurrently with Declarations Of Hooman Moshar, Dan Dickey and Ashley R. Fickel and Judgment Of Foreclosure And Order Of Sale] <br><br> Date:            November 18, 2015 <br> Time:           1:30 p.m. <br> Dept.:           C31 <br><br> Complaint Filed: August 5, 2014 <br> Trial Date:         January 4, 2016 |

APPLICATION FOR ENTRY OF DEFAULT JUDGMENT

Exhibit A - Page 3

## MEMORANDUM OF POINTS AND AUTHORITIES

This is an action for judicial foreclosure brought by Plaintiff THORNBURG MORTGAGE SECURITIES TRUST 2007-3, MORTGAGE BACKED NOTES, SERIES 2007-3, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, BY NATIONSTAR MORTGAGE LLC AS SERVICER WITH DELEGATED AUTHORITY UNDER THE TRANSACTION DOCUMENTS, ("Plaintiff") the current beneficiary of the subject mortgage loan. All of the defendants to this action have either stipulated to the entry of a foreclosure judgment or have had a default entered against them. Plaintiff therefore respectfully requests that the Court enter a judgment of foreclosure.

### I.    FACTUAL BACKGROUND

Defendant Hooman Moshar ("Moshar") obtained the subject $5,160,000 adjustable-rate loan from Countrywide Home Loans (the "Loan") on May 25, 2006. Declaration of Hooman Moshar ("Moshar Decl.") ¶ 3, Ex. A. The Loan is secured by a luxury residence located at 21 Skyridge, Newport Coast, California ("Property"). Moshar Decl. ¶¶ 2 & 4. On or about May 25, 2006, Moshar made, executed, and delivered to Countrywide a Deed of Trust as security for repayment of the Note, which was recorded on May 31, 2006, in the Orange County Recorder's Office, Instrument No. 2006000365535 (the "Deed of Trust"). *Id.*, ¶ 4, Ex. B. Mortgage Electronic Registration Systems, Inc. ("MERS") is the original beneficiary under said Deed of Trust. *Id.* The Deed of Trust evidencing Countrywide's security interest was recorded on May 31, 2006 in the Orange County Recorder's Office. *Id.*

The Deed of Trust provides that, if the Trustor defaults in paying any indebtedness secured by the Deed of Trust, or in the performance of any agreement in the subject Note or Deed of Trust, the entire principal and interest secured by the Deed of Trust will, at the option of the beneficiary, become immediately due and payable. Moshar Decl. Ex. B.

1  On or about November 25, 2009, MERS assigned the Deed of Trust to Plaintiff as evidenced by the Assignment of Deed of Trust recorded in Orange County Recorder's Office, Instrument No. 2009000637192 ("Thornburg Assignment"). NSM Rep. Decl. ¶ 8, Ex. G.

On October 19, 2006, Newport Design Associates recorded a Deed of Trust against the property with respect to a $123,500 obligation incurred by Moshar. NSM Rep. Decl. ¶ 4, Ex. C. On November 9, 2006, America's Wholesale Lender also recorded a Deed of Trust with respect to another $1,449,200 loan taken out by Moshar. NSM Rep. Decl. ¶ 5, Ex. D. Both remain on title, with the $1,449,200 lien having been assigned to Real Time Resolutions. NSM Rep. Decl. ¶ 5, Ex. E.

On February 14, 2007, Moshar executed a grant deed that purported to transfer ownership of the property to Semar Ventures LLC ("Semar"). Moshar Decl. ¶ 8, Ex. C. On the same day, Moshar recorded a Deed of Trust purporting to secure a loan in the amount of $7,125,000 to Semar. Moshar Decl. ¶ 9, Ex. D.

Moshar defaulted on the Loan by failing to make his October 1, 2008 payment. NSM Rep. Decl. ¶ 7, Ex. F; Moshar Decl. ¶ 12. On November 25, 2009, MERS recorded an assignment of the Deed of Trust to Thornburg in preparation for a foreclosure. NSM Rep. Decl. ¶ 8, Ex. G.

On March 9, 2009, Pelican Crest II Community Association recorded a lien with respect to unpaid HOA dues. NSM Rep. Decl. ¶ 9, Ex. H. At the time, the lien was in the amount of $3,451.30. On May 14, 2009, Newport Coast Community Association recorded a lien with respect to delinquent HOA dues. At the time, the lien was in the amount of $1,257.16. NSM Rep. Decl. ¶ 10, Ex. I.

On June 4, 2009, Sima Noorahani ("Noorahani") recorded a deed of trust purporting to secure a $300,000 loan to Semar, the property's new owner as of February 2007. NSM Rep. Decl. ¶ 11, Ex. J.

By reason of Moshar's failure to make loan payments, Plaintiff elected to declare the whole sum of principal and interest immediately due and payable and filed the present lawsuit. The whole sum due consists of a principal balance of $5,708,783.86, plus interest accrued to October 29, 2014 amounting to $1,585,819.87, plus unpaid late charges and other expenses of $775,729.77, totaling

$8,070,333.50. Additionally, interest on the combined total amounts to $645.17 per day for each additional day from October 30, 2014, to the date of entry of judgment.

Moshar does not dispute that the loan was in default or that Plaintiff is entitled to foreclose on the Property. Moshar Decl. ¶ 13. On May 11, 2015, Moshar executed a quitclaim deed that transferred any purported interest in the Property to Plaintiff. Id., ¶ 14, Ex. E. Similarly, Pelican Crest II Community Association and Newport Coast Community Association do not contest Plaintiff's right to foreclose. Declaration of Ashley R. Fickel ¶ 2, Exs. A and B. Defendants Newport Design Associates, Realtime Resolutions, Semar, and Noorahani have not responded to the First Amended Complaint. On April 24, 2015, the Court entered a default against Realtime Resolutions, Semar, and Noorahani. On July 1, 2015, the Court entered a default against Newport Design Associates.

Plaintiff therefore requests that the Court enter a Court foreclosing the Deed of Trust and a judgment that all interests of Plaintiff be declared superior to any other interest of all other defendants.

## II. THE COURT SHOULD ENTER A JUDGMENT OF FORECLOSURE

"The beneficiary or trustee named in a deed of trust or mortgagee named in a mortgage with power of sale upon real property or any interest therein to secure a debt or other obligation, or if there be a successor or successors in interest of such beneficiary, trustee or mortgagee, then such successor or successors in interest, shall have the right to bring suit to foreclose the same in the manner and subject to the provisions, rights and remedies relating to the foreclosure of a mortgage upon such property." Cal Code Civ. Pro. § 725a. A beneficiary of deed of a trust deed may pursue judicial foreclosure as a means of applying security to indebtedness. *Miller v. Hart* (1938) 11 Cal.2d 739, 742. The court must order the sale of the real property once the plaintiff establishes the right to foreclose. *Dobbins v. Economic Gas Co.* (1920) 182 Cal. 616, 622; *Hibernia Sav. & Loan Soc. v. Cochran* (1904) 141 Cal. 653, 656.

Here, Plaintiff is entitled to a judgment of foreclosure because it is undisputed that Plaintiff is the holder of the Deed of Trust that secures Moshar's Loan. NSM Rep. Decl. ¶ 8, Ex. G. Similarly, it is equally undisputed that Moshar defaulted on the Loan by failing to make his

mortgage payments. Moshar Decl. ¶ 12; NSM Rep. Decl. Thus, pursuant to the express terms of the Deed of Trust, Plaintiff has the right to foreclose. All defendants' liens are subordinate to Plaintiff's Deed of Trust pursuant to California Civil Code § 1214 because they were made subsequent to Plaintiff's security interest. As such, this Court should enter a judgment of foreclosure in favor of Plaintiff.

Dated: October 19, 2015

DYKEMA GOSSETT LLP

By: _____
Lukas Sosnicki
Ashley R. Fickel
Attorneys for Plaintiff
THORNBURG MORTGAGE SECURITIES TRUST 2007-3, MORTGAGE BACKED NOTES, SERIES 2007-3, U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, BY NATIONSTAR MORTGAGE LLC AS SERVICER WITH DELEGATED AUTHORITY UNDER THE TRANSACTION DOCUMENTS

PAS01\851399.1
084912\000418

5
APPLICATION FOR ENTRY OF DEFAULT JUDGMENT

# PROOF OF SERVICE
*Thornburg Mortgage Securities Trust 2007-3, et al. v. Hooman Moshar, et al.*
*Orange County Central Justice Center Case No. 30-2014-00738233-CU-OR-CJC*

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 South Grand Avenue, Suite 2100, Los Angeles, California 90071.

On October 19, 2015, I served the foregoing document described as **APPLICATION FOR ENTRY OF DEFAULT JUDGMENT** on all interested parties in this action as follows:

| | |
|---|---|
| Marc I. Zussman, Esq.<br>LAW OFFICES OF MARC ZUSSMAN<br>10250 Constellation Blvd., Suite 2900<br>Los Angeles, CA 90067<br>Tel:   (310) 881-6804<br>Fax:   (310) 881-6805<br>E-mail: zussman@zussmansecuritieslaw.com | *Attorneys for Defendant*<br>**HOOMAN MOSHAR** |
| Newport Design Associates, Inc.<br>27422 Portola Parkway, Suite 340<br>Foothill Ranch, CA 92610 | *Defendant* |
| Real Time Resolutions, Inc.<br>c/o CT Corporation System, Agent<br>818 West Seventh Street, Suite #930<br>Los Angeles, CA 90017 | *Defendant*<br>**REAL TIME RESOLUTIONS, INC.** |
| Michael C. Fettig, Esq.<br>BERDING & WEIL LLP<br>575 Anton Boulevard, Suite 460<br>Costa Mesa, CA 92626<br>Tel:   (714) 429-0600<br>Fax:   (714) 429-0699 | *Attorneys for Defendant*<br>**PELICAN CREST II COMMUNITY ASSOCIATION** |
| Nancy Michael, Esq.<br>NEULAND, WHITNEY & MICHAEL<br>22342-A Avenida Empresa, Suite 100<br>Rancho Santa Margarita, CA 92688<br>Tel:   (949) 766-4700<br>Fax:   (949) 766-4712 | *Attorneys for Defendant*<br>**NEWPORT COAST COMMUNITY ASSOC.** |
| Sima Noorahani<br>28652 Deepcreek<br>Mission Viejo, CA 92692 | *Defendant* |
| Amy A. Mousavi, Esq.<br>MOUSAVI LAW GROUP, APC<br>2020 Main Street, Suite 900<br>Irvine, CA 92614<br>Tel:   (949) 622-8980<br>Fax:   (949) 622-8985<br>Email: amousavi@mousavilagroup.com | *Attorneys for Defendant*<br>**SEMAR VENTURES LLC** |

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

1. ☒ **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing on affidavit.

2. ☐ **(BY PERSONAL SERVICE)** I caused to be delivered such envelope by hand to the offices of the addressee via Janney & Janney court services.

3. ☐ **(BY ELECTRONIC MAIL)** By consent of recipients listed on the attached service list, I caused the above-named document to be served via e-mail.

4. ☐ **(BY ELECTRONIC SERVICE)** By E-filing and transmission of the above-listed document on all parties via the CM/ECF system with the Court.

5. ☐ **(BY OVERNIGHT SERVICE)** Via Federal Express.

6. ☐ **(BY FACSIMILE)** By transmitting in true copy thereof by facsimile from facsimile number (213) 457-1850 to the facsimile number(s) shown above.

☒ **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 19, 2015, at Los Angeles, California.

_/s/ Lynn Spencer_
LYNN SPENCER

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CALIFORNIA 90071

2

PAS01\774557.1
ID\LSO - 084912\000418

# PROOF OF SERVICE OF DOCUMENT

In Re: Semar Ventures, LLC – Case No. 2:15-bk-12851-RN

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 333 S. Grand Avenue, Suite 2100, Los Angeles, CA 90071

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF GREGORY K. JONES IN SUPPORT OF MOTION FOR RELIEF FROM STAY**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/10/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Lynda T Bui on behalf of Trustee David M Goodrich (TR) - lbui@shbllp.com
- David M Goodrich (TR) - GoodrichTrustee@sulmeyerlaw.com, c143@ecfcbis.com
- Merdaud Jafarnia on behalf of Creditor CitiMortgage, INC., its assignees and/or successors - bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- Merdaud Jafarnia on behalf of Creditor Wells Fargo Bank, N.A. successor by merger to Wells Fargo Bank Minnesota, N.A., f/k/a Norwest Bank Minnesota, N.A., solely as Trustee for Structured Asset Mortgage Investments II Inc. Bear Stearns Mor - bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- Merdaud Jafarnia on behalf of Creditor Wells Fargo Bank, N.A., as trustee, on behalf of the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding Trust 2006-AR5, Mortgage Pass-Through Certificates, Series - bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- Gregory K Jones on behalf of Creditor Nationstar Mortgage, LLC - GJones@dykema.com, CPerez@dykema.com
- Melissa Davis Lowe on behalf of Trustee David M Goodrich (TR) - mdavis@shbllp.com, lverstegen@shbllp.com
- Matthew D Resnik on behalf of Debtor Semar Ventures LLC - matt@srhlawfirm.com, mattecf@gmail.com; renee@srhlawfirm.com
- Leonard M Shulman on behalf of Trustee David M Goodrich (TR) - lshulman@shbllp.com
- United States Trustee (LA) - ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**3.1.PROOF.SERVICE**

F 9013-

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 12/10/2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Hon. Richard M. Neiter – VIA FEDERAL EXPRESS
U.S. Bankruptcy Court, Central District of California
255 E. Temple Street, Suite 1652 / Courtroom 1645
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/10/2015 | CATHY PEREZ | /s/ Cathy Perez |
|---|---|---|
| Date | Printed Name | Signature |

4812-4153-6044.1
084912\000418

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CALIFORNIA 90071

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
**3.1.PROOF.SERVICE**

F 9013-