Leonard M. Shulman - Bar No. 126349
Lynda T. Bui - Bar No. 201002
Melissa Davis Lowe – Bar No. 245521
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email:  lshulman@shbllp.com; lbui@shbllp.com; mlowe@shbllp.com

Attorneys for David M. Goodrich
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**SEMAR VENTURES, LLC**<br><br>Debtor. | Case No.  2:15-bk-12851-RN<br><br>Chapter  7<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER:**<br><br>**(1) APPROVING TURNOVER OF PROPERTY OF THE ESTATE; AND**<br>**(2) COMPELLING THE DEBTOR TO APPEAR AT MEETING OF CREDITORS AND TO PRODUCE DOCUMENTS**<br><br>**Hearing:**<br>Date:  January 14, 2016<br>Time:  9:30 a.m.<br>Ctrm:  1645 |

**TO THE HONORABLE RICHARD NEITER, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE AND ALL INTERESTED PARTIES:**

David M. Goodrich, the Chapter 7 trustee ("Trustee") for the bankruptcy estate of Semar Ventures, LLC, hereby gives notice that pursuant to Local Bankruptcy Rule 9013-1(k), he voluntarily dismisses his Motion for Order Approving Turnover of Real Property of the

1

4961-000\Z:\S-T\Semar Ventures LLC\Pld\Turnover Motion_Withdraw.docx

Bankruptcy Estate and Compelling the Debtor to Appear at the Section 341(a) Meeting of Creditors and To Produce Documents (docket no. 15) currently set for hearing on January 14, 2016.

Dated: December 29, 2015

**SHULMAN HODGES & BASTIAN LLP**

_/s/ Melissa Davis Lowe_
Melissa Davis Lowe
Attorneys for David M. Goodrich,
the Chapter 7 trustee for the bankruptcy estate of
Semar Ventures, LLC

2
4961-000\Z:\S-T\Semar Ventures LLC\Pld\Turnover Motion_Withdraw.docx

**SHULMAN HODGES &
BASTIAN LLP**
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
100 Spectrum Center Drive, Suite 600, Irvine CA  92618.

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) APPROVING TURNOVER OF PROPERTY OF THE ESTATE; AND (2) COMPELLING THE DEBTOR TO APPEAR AT MEETING OF CREDITORS AND TO PRODUCE DOCUMENTS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/29/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:
On 12/29/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 12/29/2015, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/29/2015 | LAURIE VERSTEGEN | /s/ Laurie Verstegen |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

PROOF OF SERVICE (cont'd)

VIA NEF

Lynda T Bui     lbui@shbllp.com
David M Goodrich (TR)    GoodrichTrustee@sulmeyerlaw.com, c143@ecfcbis.com
Merdaud Jafarnia    bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
Melissa Davis Lowe    mdavis@shbllp.com, lverstegen@shbllp.com
Matthew D Resnik    matt@srhlawfirm.com, mattecf@gmail.com;renee@srhlawfirm.com
Leonard M Shulman    lshulman@shbllp.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

VIA US MAIL

**DEBTOR**
SEMAR VENTURES LLC
ATTN MANAGING MEMBER
14819 DOWNEY AVE, #118
PARAMOUNT, CA 90723-4588

**DEBTOR - ADDITIONAL NOTICE**
SEMAR VENTURES LLC
ATTN MANAGING MEMBER
21 SKYRIDGE
NEWPORT BEACH, CA 92657

**DEBTOR - ADDITIONAL NOTICE**
SEMAR VENTURES LLC
ATTN MANAGING MEMBER
21 SKYRIDGE
NEWPORT BEACH, CA 92652

**RFSN**
CITIMORTGAGE INC
PO BOX 6030
SIOUX FALLS, SD 57117-6030

**RFSN - ATTORNEYS FOR CITIMORTGAGE INC**
MCCARTHY & HOLTHUS LLP
1770 FOURTH AVENUE
SAN DIEGO, CA 92101

**COURT MAILING LIST**
EMPLOYMENT DEVELOPMENT DEPT.
BANKRUPTCY GROUP MIC 92E
P.O. BOX 826880
SACRAMENTO, CA 94280-0001

**COURT MAILING LIST**
FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS: A-340
P.O. BOX 2952
SACRAMENTO, CA 95812-2952

**COURT MAILING LIST**
BANK OF AMERICA
PO BOX 5170
SIMI VALLEY, CA 93062

**COURT MAILING LIST**
HOOMAN MOSHAR
C/O 123 E 223RD STREET
CARSON, CA 90745

**COURT MAILING LIST**
LOS ANGELES CITY CLERK
P.O. BOX 53200
LOS ANGELES, CA 90053-0200

**COURT MAILING LIST**
FIRST SVCS RESIDENTIAL CALIFORNIA LLC
FOR NEWPORT COAST COMMUNITY ASSOC
15241 LAGUNA CANYON ROAD
IRVINE CA 92618-3146

**NOTICE PURPOSES**
INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA, PA 19101-7346

**COURT MAILING LIST**
PELICAN CREST II COMMUNITY ASSOC
16846 VON KARMAN SUITE 200
IRVINE, CA 92606

**COURT MAILING LIST**
PELICAN CREST II COMMUNITY ASSOC
16845 VON KARMAN SUITE 200
IRVINE, CA 92606

**COURT MAILING LIST**
SIMA NOORAHANI
2916 E VINE
ORANGE, CA 92869

**INTERESTED PARTY**
M.R. BAZAFKAN
14819 DOWNEY AVENUE #118
PARAMOUNT, CA 90723

RETURNED MAIL

**INTERESTED PARTY**
SIMON RESNIK HAYES LLP
510 W. SIXTH STREET, SUITE 1220
LOS ANGELES, CA 90014

**COURT MAILING LIST**
LOS ANGELES DIVISION
LOS ANGELES DIVISION
255 EAST TEMPLE STREET,
LOS ANGELES, CA 90012-3332

**INTERESTED PARTY**
JOHN KIA
21 SKYRIDGE
NEWPORT BEACH, CA 92657

**RETURNED 4/6/2015, UNDELIVERABLE COURT MAILING LIST**
NEWPORT COAST COMMUNITY ASSOCIATION
1 POLARIS WAY # 100
ALISO VIEJO, CA 92656-5360

**RETURNED 4/14/2015, BOX CLOSED NOTICE PURPOSES**
BANK OF AMERICA
PO BOX 10287
VAN NUYS, CA 91410

**SEE SUBSTITUTION OF ATTORNEY NEF - ATTORNEY FOR THE DEBTOR**
LEE M LINSON
LAW OFFICES OF LEE LINSON
11901 SANTA MONICA BLVD STE 449
LOS ANGELES, CA 90025-5183

VIA PERSONAL DELIVERY

HONORABLE RICHARD M. NEITER, USBC, 255 E. Temple St, Crtrm 1645, Los Angeles, CA 90012

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**