| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DYKEMA GOSSETT LLP<br>GREGORY K. JONES (SBN 181072)<br>gjones@dykema.com<br>333 S. Grand Avenue, Suite 2100<br>Los Angeles, CA  90071<br>Telephone:  (213) 457-1800<br>Facsimile:   (213) 457-1850 | |

☐ Individual *appearing without an attorney*
☒ Attorney for: Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES DIVISION

| In re:<br><br>SEMAR VENTURES, LLC,<br><br><br><br><br>Debtor(s) | CASE NO.: 2:15-bk-12851-RN<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362 (Action in Nonbankruptcy Forum) |
|---|---|

PLEASE TAKE NOTE that the order titled ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. SECTION 362 (Action in Nonbankruptcy Forum)

was lodged on (*date*)  12/30/2015  and is attached.  This order relates to the motion which is docket number  69  .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

# EXHIBIT A

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>DYKEMA GOSSETT LLP<br>Gregory K. Jones (SBN 181072)<br>gjones@dykema.com<br>333 South Grand Avenue, Suite 2100<br>Los Angeles, California 90071<br>Telephone:  (213) 457-1800<br>Facsimile:  (213) 457-1850<br><br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant Thornburg Mortgage Securities Trust, 2007-3, Mortgage Backed Notes, Series 2007-3* | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*Los Angeles* DIVISION**

| | |
|---|---|
| In re:<br>Semar Ventures, LLC,<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:15-bk-12851-RN<br>CHAPTER: 7<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(Action in Nonbankruptcy Forum)**<br><br>DATE: January 5, 2016<br>TIME: 9:30 a.m.<br>COURTROOM: 1645<br>PLACE: 255 East Temple Street, Los Angeles, CA 90012 |

**MOVANT:** Thornburg Mortgage Securities Trust, 2007-3, Mortgage Backed Notes, Series 2007-3

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following Nonbankruptcy Action:

   Name of Nonbankruptcy Action: Thornburg Mortgage Securities Trust et al. v. Semar Ventures, etc.

   Docket number:30-2014-00738233-CU-OR-CJC

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*      Page 1      **F 4001-1.RFS.NONBK.ORDER**

4826-5641-5532.1
084912\000418

Nonbankruptcy court or agency where the Nonbankruptcy Action is pending:
Superior Court for the State of California for the County of Orange

3. The Motion is granted under 11 U.S.C. § 362(d)(1).

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

    a. ☒ Terminated as to the Debtor and the Debtor's bankruptcy estate.

    b. ☐ Modified or conditioned as set forth in Exhibit ____ to the Motion.

    c. ☒ Annulled retroactively to the bankruptcy petition date.  Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:**  Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law.  Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

    a. ☐ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

    b. ☐ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☐ Other *(specify)*:


###


This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                                    Page 2                                    **F 4001-1.RFS.NONBK.ORDER**

4826-5641-5532.1
084912\000418

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

333 South Grand Avenue, Suite 2100, Los Angeles, California  90071

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___12/30/2015___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ON THE COURT'S ECF SERVICE LIST IN THIS ACTION, AND SHALL BE AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE ECF SYSTEM.

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___12/30/2015___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Richard M. Neiter
US Bankruptcy Court, Central District
255 E. Temple Street, Suite 1652 / Courtroom 1645
Los Angeles, CA  90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/30/2015 | Cathy Perez | /s/ Cathy Perez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                Page 2                **F 9021-1.2.BK.NOTICE.LODGMENT**