| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| DYKEMA GOSSETT LLP<br>GREGORY K. JONES (SBN 181072)<br>gjones@dykema.com<br>333 S. Grand Avenue, Suite 2100<br>Los Angeles, CA  90071<br>Telephone:  (213) 457-1800<br>Facsimile:   (213) 457-1850<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Thornburg Mortgage Securities Trust | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES DIVISION

| In re:<br><br>Semar Ventures, LLC,<br><br><br><br>Debtor(s) | CASE NO.: 2:15-bk-12851-RN<br><br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br>AMENDING ORDER GRANTING MOTION<br>RELIEF FROM AUTOMATIC STAY |
|---|---|

PLEASE TAKE NOTE that the order titled AMENDING ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC ST

was lodged on (*date*)   02/11/2016   and is attached.  This order relates to the motion which is docket number 77  .

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                               Page 1                          **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

# EXHIBIT A

**DYKEMA GOSSETT LLP**
Gregory K. Jones (SBN 181072)
*gjones@dykema.com*
333 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

Attorneys for Thornburg Mortgage Securities Trust 2007-3, Mortgage Backed Notes, Series 2007-3, U.S. Bank National Association, as Indenture Trustee, Successor in Interest to Bank of America National Association, as Indenture Trustee, Successor by Merger to LaSalle Bank National Association, as Indenture Trustee, by Nationstar Mortgage LLC as Servicer with Delegated Authority Under the Transaction Documents

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>Semar Ventures, LLC,<br><br>           Debtor. | Case No.: 2:15-bk-12851-RN<br><br>Chapter 7<br><br>**[PROPOSED] ORDER AMENDING "ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (ACTION IN NONBANKRUPTCY FORUM)" ENTERED ON JANUARY 19, 2016**<br><br>Hearing:<br>Date:    February 11, 2016<br>Time:   9:30 a.m.<br>Place:   Courtroom 1645<br>           255 East Temple Street<br>           Los Angeles, CA 90012 |

PROPOSED ORDER

4832-4444-6766.1
084912\000418

On February 11, 2016, this Court conducted a hearing (the "Hearing") on the "Motion for Reconsideration of 'Order Granting Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362 (Action in Nonbankruptcy Forum)'" (the "Motion") [Docket No. 77] filed by Thornburg Mortgage Securities Trust 2007-3, Mortgage Backed Notes, Series 2007-3, U.S. Bank National Association, as Indenture Trustee, Successor in Interest to Bank of America National Association, as Indenture Trustee, Successor by Merger to LaSalle Bank National Association, as Indenture Trustee, by Nationstar Mortgage LLC as Servicer with Delegated Authority Under the Transaction Documents ("Movant"), in the above-captioned chapter 7 case of Semar Ventures, LLC (the "Debtor").

Appearances were made as noted on the record. Upon review and consideration of the Motion, "Semar Ventures, LLC Opposition to Thornburg Mortgage Securities Trust 2007-3 Et Al. Motion For Reconsideration of Granting Relief in the Form of Annulling the Stay Under 11 U.S.C. § 362 (Action in Nonbankruptcy Forum)" [Docket No. 85], and the arguments presented at the Hearing, and good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is granted; and

**IT IS HEREBY ORDERED** that the "Order Granting Motion for Relief From the Automatic Stay Under 11 U.S.C. § 362 (Action in Nonbankruptcy Forum)" [Docket No. 75], which was filed and entered on January 19, 2016 is hereby amended to add the following relief:

As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

###

PROPOSED ORDER

4832-4444-6766.1
084912\000418

**DYKEMA GOSSETT LLP**
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CALIFORNIA 90071

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

333 South Grand Avenue, Suite 2100, Los Angeles, California  90071

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) __02/11/2016__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

ON THE COURT'S ECF SERVICE LIST IN THIS ACTION, AND SHALL BE AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE ECF SYSTEM.

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02/11/2016 | Cathy Perez | /s/ Cathy Perez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**