Leonard M. Shulman - Bar No. 126349
Lynda T. Bui - Bar No. 201002
Melissa Davis Lowe – Bar No. 245521
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email:  lshulman@shbllp.com; lbui@shbllp.com; mlowe@shbllp.com

Attorneys for David M. Goodrich
Chapter 7 Trustee

**FILED & ENTERED**

**MAR 08 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** tatum    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No.  2:15-bk-12851-RN |
| **SEMAR VENTURES, LLC** | Chapter  7 |
| Debtor. | **ORDER APPROVING STIPULATION TO VOLUNTARILY DISMISS CHAPTER 7 CASE UPON PAYMENT OF ADMINISTRATIVE FEES AND COSTS AND DISMISSING CASE** |

The Court having read and considered the *Stipulation to Voluntarily Dismiss Chapter 7 Case Upon Payment of Administrative Fees and Costs* ("Stipulation") (docket number 86) filed by David M. Goodrich ("Trustee"), the Chapter 7 trustee for the bankruptcy estate ("Estate") of

1

4961-000\C:\Users\tatum\Local Settings\Temp\Order#292014#dd1c5ab0-7309-427e-b895-0401cf488f78.docx

Semar Ventures, LLC ("Debtor") and it appearing from the Declaration That No Party Requested a Hearing on Motion filed concurrently herewith that proper notice of the Stipulation has been given and good cause has been shown; therefore, it is hereby

**ORDERED THAT:**

1. The Stipulation is approved.

2. This bankruptcy case is hereby dismissed.

3. The Debtor is barred from re-filing a bankruptcy case under Chapter 7 for a period of four (4) years from the date of entry of an order dismissing this Chapter 7 case.

####

Date: March 8, 2016

Richard M. Neiter
United States Bankruptcy Judge

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618